```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHERYL SMITH,

               Plaintiff,               12 **CIVIL** 4374 (ALC) (GWG)

    -against-                         **JUDGMENT**

BARNESANDNOBLE.COM, LLC,
               Defendant.
------------------------------------------------------------X

      Plaintiff and Defendant each having moved for summary judgment on all claims, and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on November 2, 2015, having rendered its Opinion and Order granting Defendant's motion for summary judgment, denying Plaintiff's motion for summary judgment, and directing the Clerk of Court to enter judgment for Defendants and Close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 2, 2015, Defendant's motion for summary judgment is granted; Plaintiff's motion for summary judgment is denied; accordingly, judgment is hereby entered for the Defendant and the case is closed.

accordingly, the case is closed.

**Dated:** New York, New York
          November 3, 2015

                                                 **RUBY J. KRAJICK**
                                                    Clerk of Court
                                BY:
                                                          **Deputy Clerk**

                                                        **THIS DOCUMENT WAS ENTERED**
                                                       **ON THE DOCKET ON** _____